50 A.3d 667

IN THE MATTER OF PAUL DAVID DIGIACOMO, AN ATTORNEY AT LAW (ATTORNEY NO. 019221995).

September 14, 2012.

## ORDER

**PAUL DAVID DiGIACOMO of FLORHAM PARK,** who was admitted to the bar of this State in 1996, having pleaded guilty in the Superior Court of New Jersey, Morris County, to one count of money laundering (second degree), in violation of *N.J.S.A.* 2C:21–25b(1), and good cause appearing;

It is ORDERED that pursuant to *Rule* 1:20–13(b)(1), **PAUL DAVID DiGIACOMO** is temporarily suspended from the practice of law pending the final resolution of ethics proceedings against him, effective immediately and until the further Order of this Court; and it is further

ORDERED that **PAUL DAVID DiGIACOMO** be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that **PAUL DAVID DiGIACOMO** comply with *Rule* 1:20–20 dealing with suspended attorneys; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State.